Before the Third Division, April 1, 1968

**No. P68/188.**—Japan Food Corporation and Hoyt, Shepston & Sciaroni et al. *v.* United States, protests 66/10887, etc. (San Francisco).

Richardson, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Ramen and similar styled alimentary pastes containing eggs or egg products

similar in all material respects to those the subject of *Fujii Junichi Shoten, Ltd., et al.* v. *United States* (54 Cust. Ct. 277, C.D. 2544), the claim of the plaintiffs was sustained.